

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2014

No. 04-14-00795-CV

**IN RE** Roddy G. **MARTIN**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On December 2, 2014, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on December 4th, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-435CCL, styled *South Texas Powerwash and Striping Inc. v. Roddy G. Martin* , pending in the County Court at Law, Kendall County, Texas, the Honorable Bill R. Palmer presiding.